No. 90–719.  IANNACONE v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 90–733.  HAMM v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 90–893.  NEW MEXICO v. WORK.  Sup. Ct. N. M.  Certiorari denied.

No. 90–1058.  HARTMAN ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–1072.  RAMEY v. UNITED STATES GENERAL ACCOUNTING OFFICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 90–1081.  CUTTER ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–1087.  EASLEY v. UNIVERSITY OF MICHIGAN BOARD OF REGENTS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–1093.  MARKS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–1108.  KAISER DEVELOPMENT CO., AKA KACOR DEVELOPMENT CO., ET AL. v. CITY AND COUNTY OF HONOLULU.  C. A. 9th Cir.  Certiorari denied.

No. 90–1129.  SUMITOMO TRUST & BANKING CO. (U. S. A.) v. EDEN HANNON & CO.  C. A. 4th Cir.  Certiorari denied.

No. 90–1179.  STATE FARM GENERAL INSURANCE CO. ET AL. v. KRASZEWSKI ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1196.  SIMNICK v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–1243.  HUMPHREYS (CAYMAN) LTD. v. WILSON ET VIR.  C. A. 7th Cir.  Certiorari denied.

No. 90–1249.  R. R. DONNELLEY & SONS CO. v. PREVOST ET AL.  C. A. 2d Cir.  Certiorari denied.